LEE E. SHELDON, Bar No. 263310
KULUVA, ARMIJO & GARCIA
One California Street, Suite 1150
San Francisco, CA 94111
(415) 273-6500 Tel.
(415) 273-6535 Fax
lee.sheldon@kuluvalaw.com

Attorneys for Defendant,
Redding Bank of Commerce

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE TURNER,<br><br>    Plaintiff,<br><br>vs.<br><br>REDDING BANK OF COMMERCE,<br><br>    Defendant. | CASE NO. 2:17-CV-01047 TLN CMK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiff, JULIE TURNER ("Plaintiff") and defendant, REDDING BANK OF COMMERCE ("Defendant") hereby stipulate, by and through their respective counsel of record, as follows:

WHEREAS, on November 23, 2016, Plaintiff filed a civil complaint in the Superior Court of California, County of Sacramento (hereinafter "State Court Complaint") alleging: (1) disability discrimination, (2) failure to reasonably accommodate, (3) failure to engage in the interactive process, (4) violation of the American's with Disabilities Act, and (5) violation of public policy;

WHEREAS, on May 17, 2017, Defendant timely removed this matter to the United States District Court for the Eastern District of California;

WHEREAS, on March 16, 2018, this Court issued an order denying Defendant's Motion to Dismiss and Strike Portions of Plaintiff's Complaint, or Alternatively for a More Definite Statement;

WHEREAS, this Court's order denying Defendant's motion to dismiss provides that Plaintiff

may file an amended complaint within thirty (30) days; [See Dkt. No. 12.]

WHEREAS, Plaintiff has advised that she intends to file a First Amended Complaint ("FAC") on or before the April 16, 2018 deadline;

WHEREAS, Defendant's Answer or other responsive pleading to the State Court Complaint is currently due within fourteen (14) days after notice of the Court's ruling on the motion to dismiss;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(B), Defendant's Answer to the Plaintiff's State Court Complaint would be due on or before March 30, 2018 and before Plaintiff has filed her First Amended Complaint ("FAC");

THEREFORE, it is hereby stipulated by and between the parties, through their respective attorneys of record, and in the interest of judicial economy, that Defendant's time to file a responsive pleading to the State Court Complaint shall be extended by thirty (30) days to April 30, 2018;

IT IS FURTHER STIPULATED, that to the extent that Plaintiff files a FAC on or before the April 16, 2018 deadline, Defendant shall not be required to file a responsive pleading to the State Court Complaint and shall instead, file an Answer or other responsive pleading to Plaintiff's FAC.

DATED: April 4, 2018                                KULUVA, ARMIJO & GARCIA

                                                    By: __/s/ Lee E. Sheldon_____
                                                        LEE E. SHELDON,
                                                        Attorney for Defendant,
                                                        REDDING BANK OF COMMERCE

DATED: April 4, 2018                                THE BIEGLER LAW FIRM

                                                    By: __/s/ Robert Biegler_____
                                                        ROBERT BIEGLER,
                                                        Attorney for Plaintiff,
                                                        JULIE TURNER

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 16, 2018

                                         Troy L. Nunley
                                         United States District Judge

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT