IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE TURNER, | No. 2:17-CV-1047-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| REDDING BANK OF COMMERCE, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action alleging employment discrimination. Pending before the court are defendant's motion to compel (Doc. 20) and defendant's motion for sanctions (Doc. 21). The matter was set for hearing before the undersigned in Redding, California, on July 11, 2018. Pursuant to 28 U.S.C. § 455(a), the undersigned hereby recuses himself from deciding this matter. Because a different Magistrate Judge will be assigned to this action upon the undersigned's retirement from the bench effective

/ / /

/ / /

/ / /

/ / /

August 31, 2018, the matter is re-set for hearing on September 12, 2018, at 10:00 a.m., in Redding, California.

IT IS SO ORDERED.

DATED: July 12, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE