# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE TURNER, | No. 2:17-CV-1047-TLN-DMC |
| Plaintiff, | |
| v. | ORDER |
| REDDING BANK OF COMMERCE, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. Pending before the court are: (1) defendant's motion to compel (Doc. 20); and (2) defendant's motion for expenses under Federal Rule of Civil Procedure 37(a)(5) (Doc. 21). The parties appeared telephonically before the undersigned in Redding, California, on September 12, 2018. Lee Sheldon, Esq., appeared for defendant. Robert Biegler, Esq., appeared for plaintiff.

Having considered the argument of the parties, as well as the briefs, statements, and declarations filed in connection with defendant's motions, and good cause appearing therefor, defendant's motions are granted. Plaintiff shall produce her complete medical records from Drs. Vogus, Hartig, McKinnon, and Butz to defendant's counsel **on or before close of business on October 5, 2018**. Defendant's counsel shall file a supplemental declaration in support of defendant's motion for expenses under Rule 37(a)(5) on or before September 19, 2018, and plaintiff may file a response thereto by September 24, 2018. Thereafter, the court will issue a

1

separate order awarding reasonable expenses.

IT IS SO ORDERED.

Dated:  September 13, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE